AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>422 South Wilbur, Apartment D, Mesa, Arizona 85210. | Case No. 22-3155MB<br><br>(Filed Under Seal) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _6-28-22_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued _6-14-22 @ 4:47 p.m._          _M Morrissey_
                                                      *Judge's signature*

City and state: <u>Phoenix, Arizona</u>              <u>Honorable Michael T. Morrissey, U.S. Magistrate Judge</u>
                                                      *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is **422 South Wilbur, Apartment D, Mesa Arizona, 85210,** further described as located in the Almond Place subdivision, which includes three separate gray, cinderblock buildings with one dirt driveway as the only entry and exit point. The duplexes are on the west side of Wilbur Street, south of East Broadway Road. The eastern-most building holds apartments A and B. The second (middle) structure holds apartments C and D, with D being the property to be searched, and the third structure holds apartment E.

Apartment D is in the western-most half of the building. It contains a large rectangular window on the east side, a front door with a black security door that opens outward, and another large rectangular window to the west of the front door. Both windows have plants and shrubs growing up in front of them. Apartment D also has an exterior door on the west side of the building.

In addition to the main residence, any trailer, outbuilding, property, or vehicles located within the curtilage of the property.



*The duplex structure containing the Subject Premises (Apartment D)*



*Current photograph of **Subject Premises'** front door*

## ATTACHMENT B

*Property to be seized*

1.      Books, records, receipts, notes, ledgers, invoices, and any other documentation including, but not limited to, documentary records and ledgers, customer lists, financial statements, real estate documents, and other evidence of financial transactions relating to obtaining, transferring, secreting or spending various sums of money made from engaging in alien smuggling activities;

2.      Maps, fuel receipts, receipts reflecting travel to and from foreign countries, receiptspertaining to the purchase and registration of vehicles, receipts for modifications and repairs done to vehicle, and receipts for the purchase of portable radios, cellular phones, pagers, and firearms;

3.      Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services including, but not limited to, MoneyGram, Moneypak, Green Dot, and Vanilla Reload, check or money order purchase receipts, account statements – both foreign and domestic, and any other records reflecting the receipt, deposit, or transfer of money;

4.      United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

5.      Vehicle rental agreements and receipts, records of mail services, airline ticket receipts, bus ticket receipts, credit card receipt, hotel receipts, travel agency vouchers, long distance telephone call records, and any other items reflecting domestic and foreign travel;

6.      Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

21

7.      Indicia of occupancy, residency, rental, ownership, or use of the **Subject Premises** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

8.      Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, smuggled aliens, real and personal property, firearms, or controlled substances;

9.      Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition;

10.      Electronic equipment, including cellular telephones, computers, disks, thumb drives, and any media storage device, GPS devices and their memory, and related manuals used to generate, transfer, count, record or store the information described in this attachment. If computers, cellular telephones, or other electronic storage devices are located on the **Subject Premises**, the United States will seek further search warrants for each device.

11.      Records evidencing ownership or use of cellular telephones, including sales receipts, pre-paid minute cards, registration records, and records for payment for internet access.

22

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

<table>
<tr><th colspan="3" align="center">Return</th></tr>
<tr>
<td>Case No.:<br>22-3155mb</td>
<td>Date and time warrant executed:<br>06/15/2022 7:05 am</td>
<td>Copy of warrant and inventory left with:<br>At residence</td>
</tr>
<tr>
<td colspan="3">Inventory made in the presence of :<br>Special Agent Casie Zimmer</td>
</tr>
<tr>
<td colspan="3">Inventory of the property taken and name of any person(s) seized:<br><br>Oscar Lara<br><br>1) Samsung Cellular Phone<br>2) Apple iPhone 11<br>3) Bank of America Visa card and Miscellaneous cards<br>4) DHL Receipt/Miscellaneous Documents<br>5) Ledger/I.D.<br>6) Miscellaneous Documents<br>7) Miscellaneous Documents<br>8) Miscellaneous Documents</td>
</tr>
<tr><th colspan="3" align="center">Certification</th></tr>
<tr>
<td colspan="3"><br><br><i>I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.</i><br><br><br>Date:  _____06/21/2022_____

SARAH E CUMMINGS

Digitally signed by SARAH E CUMMINGS<br>Date: 2022.06.21 13:46:44 -07'00'

<i>Executing officer's signature</i>

Special Agent Sarah Cummings

<i>Printed name and title</i> </td>
</tr>
</table>